IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD CALDERON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-10103 |
| | ) | |
| SOMERSET AUTOCENTER, INC., | ) | |
| d/b/a Sue's Auto Sales, | ) | |
| Serve:  Sue Cardello, Registered Agent | ) | |
|       11 GAR Highway | ) | |
|       Somerset, MA  02726 | ) | |
| and | ) | |
| | ) | |
| SUZANNE M. CARDELLO, | ) | |
|       Defendants | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to F.R.Civ.P. 41(a)(1), the parties stipulate to the dismissal of this action with

prejudice.


/s/ Deborah G. Roher                          
DEBORAH G. ROHER, BBO #552047
Attorney for Plaintiff
56 N. Main Street, #413
Fall River, MA  02720
droher@massattorneys.net

/s/ Suzanne M. Cardello
SOMERSET AUTOCENTER, INC., Defendant
By:  Suzanne M. Cardello, President


/s/ Suzanne M. Cardello
SUZANNE M. CARDELLO, pro se
11 GAR Highway
Somerset, MA  02726
suzannecardello@yahoo.com


June 11, 2009